**IT IS ORDERED as set forth below:**

Date: April 21, 2010

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-40277-MGD |
| THOMAS CLIFFORD YOUNG<br>*aka* TOMMY CLIFFORD YOUNG, | CHAPTER 7 |
| Debtor. | JUDGE MARY GRACE DIEHL |
| REGIONS BANK, | |
| Movant, | |
| v. | CONTESTED MATTER |
| THOMAS CLIFFORD YOUNG<br>*aka* TOMMY CLIFFORD YOUNG<br>*aka* TOMMY C YOUNG, *Debtor* | |
| THOMAS D. RICHARDSON, *Trustee* | |
| Respondents. | |

CONSENT ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion is before the Court on Regions Bank's Motion for Relief from Stay, and it appearing that neither Debtor nor the Chapter 7 Trustee has any opposition to the Motion and that the parties were properly served;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 USC §362(a) automatic stay

is lifted as to Movant herein, its successors and assigns, regarding the real property commonly known as 95 Woodland Bridge Drive, Adairsville, Georgia 30103 (the "Residential Property"). It is further,

ORDERED that the 11 USC §362(a) automatic stay is lifted as to Movant herein, its successors and assigns, regarding the Regions Time Deposit Account *******2 (the "Time Deposit Account"); all furniture fixtures and equipment and accounts receivables (the "Fixtures, Equipment and Accounts") owned by Aamco Transmission located at 842 Joe Frank Harris Parkway, Cartersville, Georgia 30120; and the Precision Automotive Products hot flush transmission system (the "Hot Flush Transmission") (the Residential Property, the Time Deposit Account, the Fixtures, Equipment and Accounts and the Hot Flush Transmission, collectively, the "Collateral").  It is further,

ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, repossession, the collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to the Collateral.  It is further,

ORDERED that upon completion of any sale of the Collateral, any funds in excess of the amount due to Movant under the relevant loan documents, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.  It is further,

ORDERED that the granting of this Motion for Relief from the Automatic Stay and the lifting of Debtor's automatic stay protections under 11 U.S.C. § 362(a) is not stayed for fourteen (14) days after entry of this Order as would otherwise be required under Bankruptcy Rule 4001(a)(3).

**[END OF DOCUMENT]**

PREPARED AND PRESENTED BY:

<u>/s/ Elizabeth A. George</u>
Elizabeth A. George
Georgia Bar No. 290365
780 Johnson Ferry Road
Suite 600
Atlanta, Georgia 30342
Atlanta, Georgia 30342

(678) 894-3400 (phone:main)

(678) 894-3411 (phone:direct)

(678) 510-7477 (fax:main)

egeorge@aclawllp.com
*Counsel for Movant*

NO OPPOSITION:

<u>*/s/ Chris Rampley (signed with express permission by Elizabeth A. George)*</u>
Chris Rampley
Georgia Bar No. 593225
P.O. Box 927
Rome, Georgia 30162
(706) 291-7060
Rampley@hotmail.com
*Counsel for Debtor*

NO OPPOSITION:

<u>*/s/ Thomas D. Richardson (signed with express permission by Elizabeth A. George)*</u>
Thomas D. Richardson
Georgia Bar No. 604313
Chapter 7 Trustee
P.O. Box 5007
Rome, Georgia 30162
(706) 291-8853
*Chapter 7 Trustee*

## **DISTRIBUTION LIST**

Elizabeth A. George, Esq.
Aldridge Connors LLP
780 Johnson Ferry Road
Suite 600
Atlanta, Georgia  30342
*Counsel for Movant*

Chris Rampley, Esq.
P.O. Box 927
Rome, Georgia 30162-0927
*Counsel for Debtor*

Thomas Clifford Young
95 Woodland Bridge Drive
Adairsville, Georgia 30103-6309
*Debtor*

Thomas D. Richardson, Esq.
Brinson, Askew, Berry, et. al.
P.O. Box 5007
Rome, Georgia 30162-5007
*Chapter 7 Trustee*